# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REGENCI, LLC, et al., <br><br> Defendants. | Case No. 2:23-cv-04250-AB-SSC <br><br> **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br> [Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Having reviewed the parties' Joint Stipulation for Dismissal With Prejudice, and for good cause shown, the Court hereby **DISMISSES with prejudice** this action in its entirety.  Each of the parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 7, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1